UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:15-CR-5003 |
| | ) | |
| JOSEPH DONALD LEE KING | ) | |

## **O R D E R**

The revocation hearing presently scheduled for December 12, 2018, is **RESET** to **Wednesday, January 9, 2019, at 2:30 p.m.** in Knoxville.

**IT IS SO ORDERED.**

                                          ENTER:

                                          s/ Leon Jordan
                                  United States District Judge